# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| PRECISE GRAPHIX, LLC, | Case No. 21-12663 (PMM) |
| Debtor. | |
| LYNN E. FELDMAN, AS TRUSTEE FOR THE BANKRUPTCY ESTATE OF PRECISE GRAPHIX, LLC, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 22-00081 (PMM) |
| SKEPTON CONSTRUCTION, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

On December 27, 2022, the parties in the above-referenced adversary proceeding reached a settlement that, *inter alia*, resolves this matter in its entirety. The parties are finalizing the proposed agreement reflecting the terms and conditions of the settlement, and once the parties have finalized the settlement agreement, the Plaintiff will file a notice of dismissal of this adversary proceeding. Pursuant to this Court's *Order Granting Chapter 7 Trustee's Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a) and Rule 9019 (b) of the Federal Rules of Bankruptcy Procedure Establishing Procedures for Settling Certain Claims* [Docket No. 141], the Trustee is authorized to settle this matter without prior approval of the Court or any other party in interest because the initial amount of the claim that is being settled is less than $20,000.00.

DM3\9383155.1

Dated: January 27, 2023                **DUANE MORRIS LLP**

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire
30 South 17th Street
Philadelphia, PA  19103
Telephone:  (215) 979-1514
Facsimile:  (215) 979-1020
ljkotler@duanemorris.com

*Counsel to Lynn E. Feldman, Esquire, the Chapter 7 Trustee for the Debtor's Estate*

2